UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- x
:
:
AMERICAN STOCK TRANSFER & TRUST  :
COMPANY, LLC,                    :
                                 :  Civil Action No.: 11-cv-03485
                      Plaintiff, :  (LAK)
                                 :
         -against-               :
                                 :  **AFFIDAVIT OF SERVICE**
RICK'S CABARET INTERNATIONAL,    :
INC.,                            :
                                 :
                      Defendant. :
                                 :
------------------------------------------------------- x

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

JAMES F. RITTINGER, being duly sworn, deposes and says:

1. I am an attorney admitted to practice before and a member in good standing of the bar of this Court. I am a partner in the law office of Satterlee Stephens Burke & Burke, LLP, counsel for plaintiff American Stock Transfer & Trust Company, LLC.

2. On June 1, 2011, I provided a true and correct copy of the Summons and Complaint in this matter to defendant Rick's Cabaret International Inc., by personally delivering the same to Timothy McCloskey, Esq., of the law firm of Carrigan McCloskey & Roberson L.L.P., who represented that he is the attorney for defendant Rick's Cabaret International Inc. and was authorized to accept service of the Summons and Complaint in this matter.

- 2 -

                                                                                                   James F. Rittinger (JR-0556)

Sworn to before me this
3rd day of June 2011

_____
Notary Public

MICHELLE MASINO
Notary Public, State of New York
No. 01MA4780501
Qualified in Kings County
Commission Expires 7/31/ 2013

- 2 -

1150891_1

AO 440 (Rev. 12/09) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| AMERICAN STOCK TRANSFER & TRUST COMPANY, LLC <br> *Plaintiff* <br> v. <br> RICK'S CABARET INTERNATIONAL, INC. <br> *Defendant* | ) ) ) ) ) ) ) ) Civil Action No. 11 civ 3485 |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Rick's Cabaret International, Inc.
10959 Cutten Road
Houston, Texas 77066

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Satterlee Stephens Burke & Burke LLP
Attn: James F. Rittinger
230 Park Avenue, Suite 1130
New York, New York 10169

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RUBY J. KRAJICK

CLERK OF COURT

Date:   05/20/2011

*Signature of Clerk or Deputy Clerk*